**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile: (559) 486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
**Miguel Angel Aguilar**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 1:13 CR00218-DAD-BAM** |
| ) | |
| ) | **STIPULATED ORDER MODIFYING** |
| Plaintiff, ) | **PRE-TRIAL RELEASE CONDITIONS** |
| ) | |
| v. ) | |
| ) | |
| MIGUEL ANGEL AGUILAR ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant, MIGUEL ANGEL AGUILAR, by and through counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KATHLEEN SERVATIUS, Assistant United States Attorney for the Eastern District of California, hereby stipulate as follows:

WHEREAS, based upon recommendation of Pretrial Services and the defendant's exemplary compliance with all terms and conditions of Court ordered pretrial release, the parties are in agreement and request this Court approve the following modified pretrial release conditions by removing paragraph 7(m)[GPS Monitoring] and modifying as follows:

1

IT IS HEREBY STIPULATED:

[Paragraph 7(m)] The defendant must: "*CURFEW: You are restricted to your residence Every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the Pretrial Services officer for medical, religious services, employment or court-ordered obligations; and,*";

ALL other conditions not modified herein shall remain the same as fully set forth in the court order document **190**, filed February 14, 2020 in the above referenced case.

Dated: 04/09/21                     /s/ *Kathleen A. Servatius*
                                    KATHLEEN A. SERVATIUS, AUSA

Dated: 04/09/21                     /s/ *Nicholas F. Reyes*
                                    NICHOLAS F. REYES, ESQ.

IT IS SO ORDERED.

Dated:   **April 13, 2021**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE