PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00218-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING MOTIONS SCHEDULE; ORDER |
| v. | |
| MIGUEL ANGEL AGUILAR,<br>  aka Marcelo Aguilar,<br>  aka Jose Luis Aguilar, | |
| Defendant. | |

## BACKGROUND

This case is set for trial on September 13, 2022. The case was indicted in 2013. The defendant was arrested in 2019 and the defendant made his initial appearance on November 1, 2019. (Doc. 181.) The defendant now wishes to file a pretrial motion to challenge post-indictment delay.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant's motion shall be filed on or before April 25, 2022.
2. The government's response shall be filed on or before May 2, 2022.
3. The defendant's reply shall be filed on or before May 9, 2022.
4. The defendant's motion shall be set for a hearing on May 16, 2022 at 10:00 am with the

1

Court.

IT IS SO STIPULATED.

Dated:  April 7, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated:  April 7, 2022

/s/ NICHOLAS F. REYES
NICHOLAS F. REYES
Counsel for Defendant
MIGUEL ANGEL AGUILAR

**ORDER**

Pursuant to the parties' stipulation, the briefing schedule is adopted and the defendant's motion to dismiss is set for hearing on May 16, 2022 at 10:00 am before the undersigned.

IT IS SO ORDERED.

Dated:   **April 12, 2022**

UNITED STATES DISTRICT JUDGE

2