NICHOLAS F. REYES, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 "R" Street
Fresno, CA 93721
Telephone:  559-486-4500
Facsimile: 559-486-4533
E-mail: nfreyeslaw@gmail.com

Attorney for Defendant
MIGUEL ANGEL AGUILAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:13-CR-00218-DAD-BAM |
| Plaintiff, | APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY |
| v. | |
| MIGUEL ANGEL AGUILAR, | |
| Defendant. | |

MIGUEL ANGEL AGUILAR, by and through his attorney of record, Nicholas F. Reyes, hereby requests an order exonerating the property bond for reconveyance of real property in this action.

On February 14, 2020, real property owned by MIGUEL AGUILAR and MARCELO AGUILAR was posted as collateral for the property bond for the release of defendant MIGUEL ANGEL AGUILAR.  The Deed of Trust in the amount of $100,000 was recorded in Stanislaus County on property described as APN: 056-084-030-000, Deed Document No. DOC-2020-0009848-00, property address 1608 Waterloo Court, Modesto, CA 95358.

On October 4, 2022, this court granted Defendant's Motion to Dismiss and terminated this action against defendant Miguel Angel Aguilar.

////

1

Therefore, it is respectfully requested that the property bond in this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Miguel Aguilar and Marcelo Aguilar.

Dated: February 27, 2026                    /s/ Nicholas  F. Reyes
                                            NICHOLAS F. REYES
                                            Attorney for Defendant

## **ORDER**

IT IS SO ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Miguel Aguilar and Marcelo Aguilar.  The Clerk of Court shall send the reconveyance documents to the property owner listed on the deed of trust.

Dated:  February 27, 2026                   /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

2